

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your action has been filed as a civil case number **C08-04165 CW**.

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,<br>
RICHARD W. WIEKING, Clerk<br>
By _____<br>
Deputy Clerk

(IFP Application / letter / no complaint)
(blank complaint form / petition attached)

Rev. 10/07

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Daniel Carl Frederickson,

        Plaintiff,

v.

State of California,

        Defendant.

Case Number: C-08-4165-CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office

September 3, 2008

Daniel Frederickson, K-81800
P.O. Box K-81800
San Quentin State Prison
San Quentin, CA 94974

        Richard W. Wieking, Clerk

        *Cynthia J. Lenahan*

        By:  Cynthia J. Lenahan