IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARL FREDERICKSON,<br><br>    Petitioner,<br><br>       v.<br><br>ROBERT L. AYERS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | No. C 08-4165 CW<br><br>ORDER OF DISMISSAL |

On September 3, 2008, the above-entitled action was opened when Petitioner, a state prisoner proceeding pro se, filed a document titled "Habeas Corpus Petition." That same date, the Court notified Petitioner in writing that the action was deficient due to Petitioner's failure to submit the proper documents. Along with said notice, Petitioner was sent a copy of the Court's habeas corpus form and instructions for completing it.

Petitioner has not responded to the Court's deficiency notice. Accordingly, as the deficiency notice was issued more than thirty days ago, and Petitioner has neither submitted a complaint or petition, the above-titled action is hereby DISMISSED without prejudice.

1

1   The Clerk shall close the file.

2   IT IS SO ORDERED.

3 DATED: 11/10/08



_____
CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DANIEL CARL FREDERICKSON et al,

    Plaintiff,

v.

STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV08-04165 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Carl Frederickson K-81800
San Quentin State Prison
San Quentin, CA 94974

Dated: November 10, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3